Lester U. Stenhouse, appellee, v. Mike Telechansky, appellant. Gen. No. 32,439.

Opinion filed May 14, 1928.

Rosenberg, Braude & Zimmerman, for appellant. Nicholas J. Mascha, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.